# United States District Court
## Violation Notice

| | |
|---|---|
| CVB Location Code | A41 |

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FBDP0025 | BRADY | 2215 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

FBDP0025

| Date and Time of Offense | Offense | | |
|---|---|---|---|
| 05/26/2019  10:55 | FED | 36CFR | 26154D |

**Place of Offense**
SCOTTS DEVELOPED CAMPGROUND

**Offense Description: Factual Basis for Charge**    HAZMAT ☐
DRIVING ON A ~~SUSPENDED~~. *Expired Sticker*

---

### DEFENDANT INFORMATION    Phone: (

| Last Name | First Name | M.I. |
|---|---|---|
| CUNNINGHAM | TERRY | |

**Street Address**

| City | State | Zip | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| LAKESIDE | AZ | 85929 | /1975 |

| Drivers License No. | CDL ☐  D.L. | Social Security No. |
|---|---|---|

| | Race | Hair | Eyes | Height | Weight |
|---|---|---|---|---|---|
| ☒ Adult ☐ Juvenile  Sex ☒ M ☐ F | WHITE | GR | BR | 5' 8" | 170 |

### VEHICLE   VIN                                              CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| PS54733 | AZ | 1993 | TOYT | | RED |

| A | ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (opposite). | B | ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (opposite). |
|---|---|---|---|

| | | |
|---|---|---|
| | $100.00 | Forfeiture Amount |
| | $30.00 | Processing Fee |
| PAY THIS AMOUNT | $130.00 | Total Collateral |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 123 N San Fransisco St #200 | |
| Flagstaff, Az 86001 | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant _____

Previous edition is obsolete     Original - CVB Copy     FS-5300-4 (7/05)

19-04189mj-001-PCT-CDB

FBDP0025

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on ____May 26, 2019____ while exercising my duties as a law officer in the ____Judicial____ District of ____AZ____

Pursuant to 16USC 551:I noticed a red Toyota Corolla west bound toward my location while I was parked on the north side of forest road 45c. I recognized the vehicle from 2 prior contacts I had made with TERRY CUNNINGHAM who had been camping on the forest. During those contacts on 5/19/2019 and 5/24/2019 I had noticed and discussed with CUNNINGHAM the expired registration on the Toyota Corolla. CUNNINGHAM assured me that he had a friend towing the car from location to location and that he wasn't driving the car. As I followed the Corolla, AZ temporary plate PS west bound on Forest Road 45c Navajo County dispatch confirmed that the registration had expired in March of 2019. I turned on my lights and the Corolla came to a stop on the north side of Forest road 45c. As I approached the drivers side of the red Toyota Corolla I recognized the driver of the vehicle to be TERRY CUNNINGHAM. CUNNINGHAM informed me that he was just driving to the end of the road and that he would "walk from there" if that was OK. I informed him that we had discussed the expired registration and that he was not able to drive the Corolla until he was able to get the registration current. I requested CUNNINGHAMS drivers license and he stated that his license had been "taken" by Pinetop-Lakeside Police Department. I checked the status of CUNNINGHAM'S license through dispatch and they confirmed that his driving privileges had been "revoked". I issued a violation for 36 CFR 261.54D operating a motor vehicle on a level 1 forest road without a drivers license and 36 CFR 261.54D expired registration.

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed   ____May 26, 2019____   _/s/_
           Date (mm/dd/yyyy)        Officer's Signature

☐ Probable cause has been stated for the issuance of a

Executed on:  ____7/9/19____   _Camille D. Bibles_
              Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice

**CVB Location Code:** A41

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FBDP0026 | BRADY | 2215 |

FBDP0026

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense | | |
|---|---|---|---|
| 05/26/2019 10:55 | FED | 36CFR | 26154D |

**Place of Offense**
SCOTTS DEVELOPED CAMPGROUND

**Offense Description: Factual Basis for Charge**    HAZMAT ☐
DRIVING ON A SUSPENDED LICENCE

### DEFENDANT INFORMATION
Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| CUNNINGHAM | TERRY | |

**Street Address**

| City | State | Zip | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| LAKESIDE | AZ | 85929 | /1975 |

| Drivers License No. | CDL ☐ | D.L. | Social Security No. |
|---|---|---|---|

| | Race | Hair | Eyes | Height | Weight |
|---|---|---|---|---|---|
| [X] Adult ☐ Juvenile  Sex [X]M ☐F | WHITE | GR | BR | 5'8" | 170 |

### VEHICLE
VIN      CMV ☐

| Tag No | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| PS54733 | AZ | 1993 | TOYT | | RED |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B [X] IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | | |
|---|---|---|
| | $100.00 | Forfeiture Amount |
| | $30.00 | Processing Fee |
| PAY THIS AMOUNT | $130.00 | Total Collateral |

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address**
123 N San Fransisco St #200
Flagstaff, Az 86001

Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant _____

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

FBDP0026

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on __May 26, 2019__ while exercising my duties as a law officer in the, ____Judicial____ District of __AZ__

Pursuant to 16USC 551: I noticed a red Toyota Corolla west bound toward my location while I was parked on the north side of forest road 45c. I recognized the vehicle from 2 prior contacts I had made with TERRY CUNNINGHAM who had been camping on the forest. During those contacts on 5/19/2019 and 5/24/2019 I had noticed and discussed with CUNNINGHAM the expired registration on the Toyota Corolla. CUNNINGHAM assured me that he had a friend towing the car from location to location and that he wasn't driving the car. As I followed the Corolla, AZ temporary plate P: west bound on Forest Road 45c Navajo County dispatch confirmed that the registration had expired in March of 2019. I turned on my lights and the Corolla came to a stop on the north side of Forest road 45c. As I approached the drivers side of the red Toyota Corolla I recognized the driver of the vehicle to be TERRY CUNNINGHAM. CUNNINGHAM informed me that he was just driving to the end of the road and that he would "walk from there" if that was OK. I informed him that we had discussed the expired registration and that he was not able to drive the Corolla until he was able to get the registration current. I requested CUNNINGHAMS drivers license and he stated that his license had been "taken" by Pinetop-Lakeside Police Department. I checked the status of CUNNINGHAM'S license through dispatch and they confirmed that his driving privileges had been "revoked". I issued a violation for 36 CFR 261.54D operating a motor vehicle on a level 1 forest road without a drivers license and 36 CFR 261.54D expired registration.

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed   __May 26, 2019__   _[signature]_
           Date (mm/dd/yyyy)   Officer's Signature

☐ Probable cause has been stated for the issuance of a

Executed on:   __7/9/19__   _[signature]_ Caille D. Bibles
              Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident